# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUN THAVY LOUR,<br><br>    Petitioner,<br><br> v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>    Respondents. | Case No. ED CV 18-00276 TJH (AFM)<br><br>**JUDGMENT** |

Pursuant to the Stipulation for Voluntary Dismissal of Section 2241 Habeas Petition,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 12, 2018

_____
    TERRY J. HATTER, JR.
   SENIOR U.S. DISTRICT JUDGE